# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD C. HUNTSMAN,**<br>*Plaintiff,*<br><br>v.<br><br>**CONVERGENT OUTSOURCING, INC.,**<br>*Defendant.* | **CIVIL ACTION**<br><br>**NO. 18-3535** |

## ORDER

**AND NOW,** this 15th day of July, 2019, the Court having been advised that the above-captioned matter has settled, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** pursuant to Local Rule of Civil Procedure 41.1(b).

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.